## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATO INSTITUTE,**<br>1000 Massachusetts Ave. NW<br>Washington, DC 20001<br><br>**Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF STATE**,<br>2201 C Street, N.W.,<br>HST, Room 6421,<br>Washington, D.C. 20520<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff CATO INSTITUTE brings this suit to force Defendant U.S. DEPARTMENT OF STATE to conduct a reasonable search, issue a determination, and produce cable records from the tenure of Secretary of State Alexander Haig.

## PARTIES

2. Plaintiff CATO INSTITUTE ("CATO") is a public policy research organization—a think tank—dedicated to the principles of individual liberty, limited government, free markets, and peace. Its scholars and analysts conduct independent, nonpartisan research on a wide range of policy issues. CATO is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF STATE ("STATE") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JULY 19, 2023 FOIA REQUEST TO STATE

6. On July 19, 2023, CATO submitted the following FOIA request to STATE for cables from the tenure of former Secretary of State Alexander Haig:

> I request records (as defined in 44 U.S. C. § 3301) from the State Department on the following State Department cables from the tenure of Secretary of State Alexander Haig. The cable numbers (where known), to/from information, and dates are drawn from SECSTATE Haig's official papers at the Library of Congress, and specifically from the Secretary's "Day File". As such, the dates included here should be treated as approximate for search purposes:
> January 22, 1981: Department of State incoming telegram, AMEMB San Salvador to SECSTATE, 00587, CONFIDENTIAL
> February 2, 1981: SECSTATE to AMEMB San Salvador, 026592 and 000382, SECRET and AMEMB Managua to SECSTATE, 00544 and 000791, SECRET
> February 3, 1981: AMEMB San Salvador to SECSTATE, 00936, SECRET and SECSTATE to AMEMB San Salvador, 026592 and 00382, SECRET
> February 12, 1981:
> • Briefing memo, Spiers to SECSTATE, 8104353, SECRET
> • Briefing memo, John A. Bushnell to SECSTATE, 8104410, SECRET
> • Briefing memo from John A. Bushnell to SECSTATE, 8104586, SECRET
> • Memo from Spiers/INR to Goldberg re: El Salvador briefing for ambassadors (unnumbered), CONFIDENTIAL
> February 17, 1981: Memo from Woody Goldberg to SECSTATE re: intro remarks for key allies briefing on El Salvador, unnumbered, CONFIDENTIAL
> February 18, 1981: Briefing memo from John A. Bushnell to SECSTATE re: NSC paper on El Salvador, unnumbered, SECRET; some attachments (tabs) CONFIDENTIAL
> February 21, 1981:
> • Briefing memo from John A. Bushnell to SECSTATE, 8105404, SECRET
> • Action memorandum from John A. Bushnell and George S. Vest to SECSTATE, 8105456, SECRET
> February 26, 1981: Briefing memo from John A. Bushnell to SECSTATE, 8106103, CONFIDENTIAL

February 27, 1981: Briefing memo from John A. Bushnell to SECSTATE, 8106340, CONFIDENTIAL

March 4, 1981: INR report, "Soviet Support for Insurgencies", unnumbered, SECRET

March 8, 1981: Memo from SECSTATE to POTUS, 8107942, SECRET

March 9, 1981: Memo from Wolfowitz to SECSTATE re: dissent channel message, unnumbered, L.O.U. (presumably Limited Official Use).

March 13, 1981: Message from Willner to CIS Watch re: intercepts involving State Department personnel, unnumbered, SECRET

March 16, 1981:
- Briefing Memorandum from John Bushnell to SECSTATE, 8107888, SECRET
- Briefing Paper, "El Salvador and Central America", CONFIDENTIAL

March 17, 1981:
- Cable from CIA to illegible re: attack on AMEMB San Salvador, SECRET
- Memo from SECSTATE to POTUS, 8107543, SECRET
- Memo from SECSTATE to POTUS, 8108262
- Briefing Memo from Bushnell to SECSTATE, 8108529, CONFIDENTIAL

March 23, 1981:
- Briefing Memo from Bushnell to SECSTATE, 8108986, CONFIDENTIAL
- Memo from SECSTATE to POTUS, 8107932 and XR01807931

March 24, 1981:
- Briefing Memo from Bushnell to SECSTATE, 8109085, SECRET
- Action Memo from Bushnell to SECSTATE, 8109340, CONFIDENTIAL
- Briefing Memo from Spiers/INR to SECSTATE, 8109276, S/NOFORN/CONCONTRACT/ORCON

March 25, 1981:
- Action memorandum from Bushnell to SECSTATE, 8109488 and XR 8109487, SECRET
- Briefing Memo, Spiers/INR to SECSTATE, 8109552, CONFIDENTIAL

March 29, 1981: Memo from SECSTATE to POTUS, 8109873, CONFIDENTIAL

March 30, 1981: Action Memo from Spiers/INR to SECSTATE, 8108323, 8108324 and XR-8108322, SECRET

April 13, 1981: Memo from SECSTATE to POTUS, 8109531, CONFIDENTIAL

April 16, 1981:
- Memo from SECSTATE to POTUS, 8111798, SECRET
- Action Memo from Kennedy to SECSTATE re: report of investigation of demonstration, LOU

April 23, 1981: AMEMB San Salvador to SECSTATE, 03007, SECRET

April 29, 1981:
- Memo from SECSTATE to POTUS, 8112332, SECRET
- Information Memo, Spiers/INR to SECSTATE, 8113652, SECRET
- Memo of Conversation, 8114562, SECRET
- Memo from SECSTATE to POTUS, 811357, SECRET
- Memo of Conversation, 8114479, SECRET

April 30, 1981: Memo from SECSTATE to POTUS, 8113666, SECRET

May 1, 1981: Memo from SECSTATE to POTUS, 8112916, CONFIDENTIAL

May 5, 1981:
- Information Memo from Bushnell to SECSTATE, 8114239, LOU
- Information Memo from Bushnell to SECSTATE re: events in El Salvador, unnumbered, SECRET
- Information Memo from Fairbanks/Congressional Affairs to SECSTATE re: Congressional update, unnumbered, LOU

May 6, 1981: Memo from SECSTATE to POTUS, 8114487, SECRET

May 12, 1981:
- Memo from SECSTATE to POTUS, 8114971, SECRET
- Briefing Memo from Fairbanks to SECSTATE, 8114916, CONFIDENTIAL
- Memo from SECSTATE to POTUS, 8114945, SECRET
- Briefing Memo from Spiers/INR to SECSTATE, 8114913, SECRET

May 13, 1981: Memo from SECSTATE to POTUS, 8114212 and XR8114213, CONFIDENTIAL

May 14, 1981: Memo from SECSTATE to POTUS, 8114716, SECRET

May 18, 1981: Memo from SECSTATE to POTUS, 8113577, SECRET; CIA document, "Covert Support by Venezuelans to governments and democratic movements in the Central American/Caribbean Area", 8115651, SECRET

May 19, 1981: Memo from SECSTATE to POTUS, 8115844, SECRET

May 20, 1981:
- Memo from SECSTATE to POTUS, 8116141, CONFIDENTIAL (8pp)
- Memo from SECSTATE to POTUS, 8116105, SECRET

May 26, 1981:
- Briefing memo from Spiers/INR to SECSTATE, 8116314, SECRET;
- Memo from SECSTATE to POTUS, 8116526 and XR-8116106, CONFIDENTIAL
- Memo from Spiers/INR to SECSTATE, 8116443, SECRET
- Info Memorandum from Spiers/INR to SECSTATE, 8116421, SECRET

May 27, 1981: Memo from Bremer to SECSTATE, 8116565, SECRET with (apparently) attachments including SECSTATE to POTUS (unnumbered; SECRET) seeking "approval of a comprehensive U.S. strategy for Central America and the Caribbean." SECRET

June 3, 1981:
- Briefing Memo from Fairbanks to SECSTATE, 8117079, SECRET
- Briefing Memo from Spiers/INR to SECSTATE, 8117079, SECRET

June 5, 1981: Letter from Wolfowitz to SECSTATE re: Wolf Blitzer, SECRET, unnumbered

July 1, 1981: Memo from SECSTATE to POTUS, 8119791, SECRET

July 3, 1981: Action Memo from Bosworth to SECSTATE, 8120038, CONFIDENTIAL followed by Memo from SECSTATE to POTUS, unnumbered, re: policy statement on El Salvador, CONFIDENTIAL

July 6, 1981:
- Briefing Memo from Fairbanks to SECSTATE, 8120150, 9pp, CONFIDENTIAL
- Memo from SECSTATE to D/CIA, 8119555, SECRET
- Memo from SECSTATE to POTUS, 8120230, SECRET
- Memo from SECSTATE to POTUS, 8120231, SECRET
- Untitled paper, 8119950, first sentence: The Soviet leadership deems it necessary to touch once again…", SECRET

July 7, 1981:
- Memo from SECSTATE to POTUS, 8120558, SECRET
- Memo from SECSTATE to POTUS, 8120201, SECRET.

July 8, 1981:
- Info Memo from Spiers/INR to SECSTATE, 8120582, SECRET
- Memo from SECSTATE to POTUS, 8120219, CONFIDENTIAL
- Info mem from Michel to SECSTATE, 8120583, CONFIDENTIAL
- Telegram from AMEMB Managua to SECSTATE, 02318, LOU
- Outgoing telegram from SECSTATE to AMEMB Managua, 162653, CONFIDENTIAL
- Action Memo from Fairbanks to SECSTATE, 8119617, 6pp, CONFIDENTIAL
- Memo from SECSTATE to POTUS, 8120454 and XR-8120587, SECRET
- Memo of Conversation, 8121544, SECRET.

July 9, 1981:
- Memo from Casey/CIA to SECSTATE, 8120660, 7pp (classification UNK)
- Memo from SECSTATE to POTUS, 8120557, SECRET

July 10, 1981: Memo from SECSTATE to POTUS, 8120768 and XR-9120767 (could be XR-8120767), SECRET

July 27, 1981: Briefing Memo from Spiers/INR to SECSTATE, 8122377, SECRET

July 30, 1981: Info Memo from Spiers/INR to SECSTAT, 8122751, SECRET

July 31, 1981:
- Info Memo from Spiers/INR to SECSTATE, 8122887, SECRET
- Info Memo from Spiers/INR to SECSTATE, 8122890, SECRET

August 1, 1981: Memos of Conversations 8123208, 8123709, 8123316, 8123332, 8123358, 8138187, 8123356, 8123333, 8123821, all SECRET

August 6, 1981:
- Briefing Memo from SECSTATE to POTUS, 8123224, SECRET
- Memo from SECSTATE to POTUS, 8123565, SECRET

August 8, 1981: Info Memo from Spiers/INR to SECSTATE, 8123750, SECRET

August 12, 1981:
- Briefing Memo from Spiers/INR to SECSTATE, 8123882, 5pp, SECRET
- Memo of Conversation, 8123316, 5pp, SECRET

August 13, 1981:
- Memo from SECSTATE to POTUS, 8124036, SECRET
- Action Memo from Spiers/INR to SECSTATE, 8124036, SECRET
- Memo of Conversation, 8124329, SECERT

August 15-16, 1981:
- Memo from Bremmer to SECSTATE, 8124227, 12pp, SECRET
- Memo from SECSTATE to POTUS re: risk of losing in El Salvador & what can be done about it, unnumbered, 12pp., SECRET

August 28, 1981: Briefing Memo from Fairbanks to SECSTATE, 8125153, 7pp, SECRET

August 31, 1981: Memo of Conversation, 8125492, CONFIDENTIAL

September 9, 1981: Memo from POTUS to Haig, 8126410, CONFIDENTIAL

September 15, 1981:
- Memos from SECSTATE to POTUS, 8126689 and 8126639, 16pp, SECRET
- Briefing Memo from Fairbanks to SECSTATE, 8126723, 11pp, CONFIDENTIAL
- Briefing Memo from Fairbanks to SECSTATE, 8126434, 4pp, SECRET
- Briefing Memo from Spiers/INR to SECSTATE, unnumbered, TOP SECRET

September 16, 1981: AMEMB San Salvador to SECSTATE, 07236, CONFIDENTIAL

September 17, 1981: Memo from SECSTATE to POTUS, 8126717, 5pp, CONFIDENTIAL

September 18, 1981:
- Memo of Conversation, 8127192, CONFIDENTIAL
- Memo of Conversation, 8127913, both SECRET

September 24, 1981: Memo from SECSTATE to POTUS, 8124709 and XR-8124708, CONFIDENTIAL

September 30, 1981: Memo from SECSTATE to POTUS, 8128354, SECRET

October 1, 1981: Action Memo from Spiers/INR to SECSTATE, 8128375, 22pp, SECRET

October 2, 1981: Memo from SECSTATE to POTUS, 8128656, SECRET

October 3, 1981: Memo from SECSTATE to POTUS, 8128238, SECRET

October 5, 1981:
- Information Memo, 8128962, 15pp, SECRET

- Briefing Memo from Fairbanks to SECSTATE, 8128659, 13pp, CONFIDENTIAL

October 6, 1981:
- Memo from SECSTATE to POTUS, 8128965, CONFIDENTIAL
- Info Memo from Spiers/INR to SECSTATE, 8129025, SECRET
- Memo of Conversation, 8130246 and 8130248, both SECRET; Info Memo from Spiers/INR to SECSTATE, 8128973, SECRET.

October 8, 1981:
- Memo from SECSTATE to POTUS, 8129223, SECRET
- Memo from SECSTATE to POTUS, 8129419, SECRET
- Memo from SECSTATE to POTUS, 8129350, SECRET

October 27, 1981: Briefing Memo from Hugh Montgomery/INR to SECSTATE, 8131130, 5pp, SECRET

November 3, 1981:
- Briefing Memo from Montgomery/INR to SECSTATE, 8131959, 1p, SECRET
- Briefing Memo from Montgomery/INR to SECSTATE, 8131959, 13pp, SECRET

November 9, 1981:
- Memo from SECSTATE to POTUS, 8130859 and XR-8130858, SECRET
- Memo from SECSTATE to POTUS, 8132711, 3pp, SECRET

November 17, 1981: Briefing Memo from Montgomery to SECSTAT, 8133439, 12pp, SECRET

November 19, 1981: Info Memo from Montgomery to SECSTATE, 8134052, 1p, SECRET

November 20, 1981: Memo from SECSTATE to POTUS, 8133483, 7pp, SECRET

December 17, 1981: Info Memo from Montgomery/INR to SECSTATE, 8136756, 9pp, SECRET

December 22, 1981: Briefing Mem from Montgomery/INR to SECSTATE, 8136962, 12pp, SECRET

December 23, 1981: Info Memo from Montgomery/INR to SECSTATE, 8137185, 6pp, SECRET

January 4, 1982: Memo from Montgomery/INR to SECSTATE, 8200037, 2pp, SECRET

January 7, 1982: Memo from SECSTATE to POTUS, 8200115, 4pp, SECRET

January 19, 1982: AMEMB San Salvador to SECSTATE, 00420 and 00407, both CONFIDENTIAL

January 22, 1982: Info Memo from Montgomery/INR to SECSTATE, 8201558, 1p, CONFIDENTIAL

February 22, 1982:
- Memo of Conversation, 8204622, 5pp, SECRET
- Memo from SECSTATE to POTUS, 8204508, 2pp, SECRET
- Memo from SECSTATE to POTUS, 8204467, 2pp, CONFIDENTIAL

February 24, 1982: Action Memo from Enders/AS inter-American Affairs to SECSTATE, 8204667, 24pp, CONFIDENTIAL

    March 1, 1982:
- Memo from SECSTATE to POTUS, 8205252, 8pp, SECRET
- Info Memo from Montgomery/INR to SECSTATE, 8205790, 2pp, SECRET

    March 5, 1982:
- SECSTATE to AMEMB San Salvador, 060508, SECRET
- Info Memo from Montgomery/INR to SECSTATE, 8205790, 2pp, SECRET

    March 6, 1982:
- AMEMB San Salvador to SECSTATE, 01901, CONFIDENTIAL
- AMEMB San Salvador to SECSTATE, 01889, LOU

    March 7, 1982: Memo from SECSTATE to POTUS, 8205535, 5pp, SECRET

    March 8, 1982: Memo from SECSTATE to POTUS, 8206050, 2pp, SECRET

    March 9, 1982: Memo from SECSTATE to POTUS, 8206030, 4pp, SECRET

    March 11, 1982:
- Memo from SECSTATE to POTUS, 8205743, 4pp, CONFIDENTIAL
- Memos of Conversations 8207033 and 8207034, 3pp, both SECRET

    March 13, 1982: Briefing Memo from Enders/Inter-American Affairs to SECSTATE, 8206746, 1p, CONFIDENTIAL

    March 26, 1982:
- Briefing Memo from Enders to SECSTATE, 8208101, 2pp, CONFIDENTIAL
- Briefing Memo from Enders to SECSTATE, 8208135, 3pp, SECRET

    March 29, 1982: Briefing Memo from Enders to SECSTATE, 8208641, 2pp(?), CONFIDENTIAL

    June 3, 1982: Telegram from US Del Secretary Paris to AMEMB San Salvador, 19377, classification unknown.

    Also, any correspondence to or from SECSTATE or his designees marked or otherwise designated as "NOT FOR THE SYSTEM" from January 1, 1981, to January 20, 1989.

7.     A true and correct copy of the FOIA request is attached as Exhibit 1.

8.     On July 19, 2023, STATE acknowledged receipt of the FOIA request and assigned reference number F-2023-11053 to the matter.

9.     A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

10.     On February 27, 2024, Plaintiff sought an estimated date of completion for the request.

11.     A true and correct copy of the correspondence is attached as Exhibit 3.

12. On March 13, 2024, Plaintiff followed up on their previous message seeking an estimated date of completion. *Id*.

13. On March 13, 2024, STATE stated that the FOIA request was "in process" and claimed it would follow-up with Plaintiff when an estimated date of completion had been determined. *Id*.

14. On March 15, 2024, STATE stated "[T]he Department has a backlog of FOIA requests, and there will be a delay in processing requests." STATE also stated that the estimated date of completion for Plaintiff's request is September 15, 2025. *Id*.

15. STATE did not send any further correspondence to Plaintiffs regarding this request.

16. As of the date of this filing, STATE has not issued a determination on Plaintiff's request.

17. As of the date of this filing, STATE has failed to make any responsive records promptly available to Plaintiff.

18. Alexander Haig was the 59th Secretary of State under former President Reagan's administration until he resigned after only 18 months in the position.

19. During Haig's time as Secretary of State, the United States faced several challenges including the Soviet presence in Afghanistan, the Solidarity movement in Poland, disputes with the People's Republic of China over trade and Taiwan, escalating tensions between the United Kingdom and Argentina, and a new round of conflict between Israel, Lebanon, and Syria.

20. The cable records responsive to Plaintiff's request will shed light on controversial international policies and affairs, especially regarding central America, under Haig and the Reagan administration which led to domestic controversies and protests.

### COUNT I – STATE'S FOIA VIOLATION

21. The above paragraphs are incorporated by reference.

22. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

23. Defendant STATE is a federal agency subject to FOIA.

24. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

25. Defendant STATE has failed to conduct a reasonable search for records responsive to the request.

26. Defendant STATE has failed to issue a determination within the statutory deadline.

27. Defendant STATE has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: April 26, 2024

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff,
CATO INSTITUTE

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044

Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com
