## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CATO INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-01238 (CJN) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### JOINT STATUS REPORT

Plaintiff Cato Institute and Defendant, U.S. Department of State ("Department" or "Agency"), by and through the undersigned counsel, respectfully submit this joint status report.

1.     On April 26, 2024, Plaintiff filed its complaint regarding its Freedom of Information Act ("FOIA") request seeking cables sent during the tenure of former Secretary of State Alexander Haig. ECF No. 1.

2.     The Agency reports that it has completed an initial search of the eRecords Archive, which is the Department's central repository for storing all electronic mails messages sent and received on the state.gov network since January 1, 2017.  The Agency has also assigned a search tasker to one bureau, the Bureau of Intelligence and Research, which is currently searching for records responsive to Plaintiff's request.  The Agency reports that it continues to search additional locations for the records including retired records locations and classified systems.

3.      Thus far, the Agency's search has identified approximately thirty-one records that are potentially responsive to Plaintiff's request.  However, the Agency has not completed its search for responsive records.

4.      The Agency produced two records on August 14, 2024, one record on September 25, 2024, seven records on November 6, 2024, one record on March 12, 2025, and three records on April 23, 2025. The Agency continues to process potentially responsive pages on a rolling basis as additional records are located rather than a standard six-week schedule with a fixed production target. The Agency notified Plaintiff on December 18, 2024, and January 29, 2025, that the Agency processed a substantial number of potentially responsive records, but that it did not have records ready to produce for that six-week period. The Agency will continue to inform Plaintiff how many additional records have been located and whether any records are being produced for each six-week time period. The Department plans to make its next production on June 4, 2025.

5.      The parties propose that the parties file a further status report on July 23, 2025, updating the status of the Agency's processing.  The parties propose that every ninety days thereafter the parties file a joint status report.  A proposed order is attached.

Dated: April 24, 2024

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
Phone: (312) 243-5900
Email: foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866

United States Attorney

/s/ Sian Jones
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578
Email: Sian.Jones@usdoj.gov

*Counsel for the United States*